IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| M.L., a minor, by and through his next friend and parent, JENNIFER WOODRAL, <br><br>   Plaintiffs, <br><br> v. <br><br> HEAVENER PUBLIC SCHOOL DISTRICT, <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 12-CIV-74-JHP |

### ORDER

On May 6, 2012, this Court entered an Order conditionally granting the Motion to Withdraw as Counsel of Plaintiff's Counsel, Kirk Olsen.[1] The Order in pertinent part read:

> The withdrawal of Kirk Olsen, shall be effective upon the entry of appearance of substitute counsel, or upon the above-named plaintiffs filing a statement that they wish to represent themselves in this matter. Plaintiffs are hereby directed to cause new counsel to enter an appearance in this matter, or file a statement as described herein should they wish to proceed pro se, within thirty days of this date. Failure to do so may result in dismissal without prejudice as to these Plaintiffs.[2]

The Order further directed Counsel Olsen forward a copy of this Order to Plaintiffs and furnish the Court with any contact information for Plaintiffs, including their most recent address and phone numbers.[3] Counsel Olsen has informed the Court he has complied with the Order to inform Plaintiffs, and he has further provided Plaintiffs' contact information.[4] Plaintiffs have failed to either

---

[1] Docket No. 13.

[2] *Id.* at 1-2.

[3] *Id.* at 2.

[4] *See* Docket 14.

cause new counsel to enter an appearance in this matter or file a statement that they wish to proceed *pro se*. Pursuant to this Court's May 6, 2012 Order, this case is hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED this 24th day of May, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma